# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JAN 0 4 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America <br> vs. <br> Teresa Mendoza | Case No. 1:15-CR-169-DAD-BAM-4 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Teresa Mendoza_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To modify condition of release 7(i) pertaining to location monitoring. Home detention is vacated and the defendant is placed on the curfew component of location monitoring; the curfew is from 9:00 pm to 5:00 am as directed by the pretrial services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Teresa Mendoza_  12/15/15                _[signature]_  12/15/2015
Signature of Defendant   Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                           12/31/15
Signature of Assistant United States Attorney           Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                           12/21/15
Signature of Defense Counsel                            Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  1/4/2016.
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                           1/4/2016
Signature of Judicial Officer                           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services