# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 12 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

United States of America )
vs. ) Case No. 1:15-CR-0169-DAD
)
Teresa Mendoza )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Teresa Mendoza_____, have discussed with _____Amaryllis Gonzalez_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following conditions of release:

1. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

2. **CURFEW:** You shall remain inside your residence every day from 9:00 pm to 5:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

Amend the following conditions of release:

1. You shall not associate with: Jorge Mariscal or Victor Sanchez, unless in the presence of counsel or otherwise approved in advance by Pretrial Services. You may contact with Manuel Garcia but only as it relates to your shared child.

All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Angeles Valencia_  5-12-16   _[signature]_   05/11/16
Signature of Defendant   Date   Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_   5-11-16
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   5-11-16
Signature of Defense Counsel   Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _5/12/16_
☐ The above modification of conditions of release is *not* ordered.

_[signature]_   5/12/16
Judicial Officer Signature   Date